JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBIN LEE SHERWOOD, | No. ED CV 11-1728-CJC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STU SHERMAN, Acting Warden, | |
| Respondent. | |

Pursuant to the order accepting the findings, conclusions and recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 7, 2015

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE