1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE SHERWOOD,<br><br>                Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>               Respondent. | No. ED CV 11-1728-CJC (PLA)<br><br>**ORDER MODIFYING PROTECTIVE ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. The Protective Order issued on January 10, 2019 (Dkt. 124) extends to all persons retained by the parties to litigate this matter, including but not limited to, outside investigators, consultants, and expert witnesses. All such individuals shall be provided with a copy of this Protective Order.

2. This Protective Order extends to any testimony elicited at the evidentiary hearing that concerns privileged information. Within 7 days of receiving the evidentiary hearing transcript, Petitioner shall designate the portions of testimony subject to *Bittaker* protection. This determination will be subject to notice and an opportunity to be heard from the parties if contested. The designated portions of testimony shall remain confidential and sealed.

3.     All privileged documents and testimony submitted to this Court shall be submitted under seal in a manner reflecting their confidential nature and designed to ensure that the privileged material will not become part of the public record. Privileged testimony from the evidentiary hearing shall be clearly designated as such by marking the transcripts of the proceeding. Any pleading or other papers served on opposing counsel or filed or lodged with the Court that contains or reveals the substantive content of the privileged matter shall be filed under seal.

4.     The parties shall tailor their documents to limit, as much as practicable, the quantity of material that is to be filed under seal. When a pleading or document contains only a limited amount of privileged content, a party may file a complete copy under seal and simultaneously file a redacted version for the public record, blocking out the limited matter comprising the confidential information.

5.     Petitioner's disclosure of documents from trial counsel's file in this action, and related testimony at the evidentiary hearing in this case, does not constitute a waiver of Petitioner's rights under the Fifth and Sixth Amendments to the United States Constitution or analogous provisions of the California Constitution in the event of any retrial.

6.     The Protective Order shall specifically apply in the event of a resentencing pursuant to California Penal Code § 1170.95.


DATED:  January 22, 2019          _____
                                  HONORABLE PAUL L. ABRAMS
                                  United States Magistrate Judge

Presented by:


*/s/ Lauren Collins*
LAUREN COLLINS
Federal Public Defender
*Attorney for Petitioner*

2