# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN LEE SHERWOOD,<br><br>    Petitioner,<br><br>  v.<br><br>GEORGE NEOTTI, Warden,<br><br>    Respondent. | NO. ED CV 11-1728-CJC (PLA)<br><br>**PROTECTIVE ORDER REGARDING TERMS OF COMPETENCY EVALUATION** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the competency evaluation conducted by Dr. Alan Abrams shall be conducted under the following conditions:

1. The evaluation shall occur outside of the presence of any prison guards and staff.
2. Dr. Abrams will record the entirety of the evaluation and the entirety of this recording shall be provided to Mr. Sherwood's counsel.
3. The scope of the evaluation, including testing instruments and interview, is limited to Mr. Sherwood's competency at the time of his plea.
4. Dr. Abrams will not conduct any personality testing on Mr. Sherwood, including but not limited to the MMPI-2.

5. Mr. Sherwood's agreement to the evaluation does not constitute a waiver of his Fifth Amendment privilege as to the crime at issue in this case or any other crime. Accordingly:
    a. Dr. Abrams will not inquire about or discuss the crime at issue in this case or any other crime with Mr. Sherwood.
    b. Mr. Sherwood will be allowed to assert his Fifth Amendment privilege during the examination as to any topic beyond the scope of his competency to stand trial and shall not be required to answer.
6. The evaluation, and any statements made therein, will remain confidential and shall only be used for the limited purpose of litigating the issue of Mr. Sherwood's competency at the time of his plea.
7. Information about the evaluation and any statements made therein that are submitted to this Court shall be submitted under seal in a manner reflecting their confidential nature and designed to ensure that the material will not become a part of the public record.
8. The substance of the evaluation and any statements made therein shall not be disclosed to any third parties, including the San Bernardino County District Attorney's Office and San Bernardino County Sheriff's Department.
9. The protections set forth in this Protective Order shall continue after the resolution of Mr. Sherwood's habeas case and shall specifically apply in the event of a retrial, resentencing, or other criminal proceedings.

DATED: April 4, 2019

*Paul L. Abrams*
HONORABLE PAUL L. ABRAMS
United States Magistrate Judge

Presented by:

/s/ Susel Carrillo-Orellana
SUSEL CARRILLO-ORELLANA
Deputy Federal Public Defender

2