JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ROBIN LEE SHERWOOD,<br><br>    Petitioner,<br><br>    v.<br><br>GEORGE NEOTTI, Warden,<br><br>    Respondent. | No. ED CV 11-1728-CJC (PLA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: May 21, 2020

                                  HONORABLE CORMAC J. CARNEY
                                  UNITED STATES DISTRICT JUDGE